

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Juvenal Ibarra Mora DEFENDANT(S). | CASE NUMBER ED11-244M-2 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant Juvenal Ibarra Mora_, IT IS ORDERED that a detention hearing is set for _August 5,_____, _2011_, at _2:00_ ☐a.m. / ☒p.m. before the Honorable _Arthur Nakazato_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _July 15, 2011_         _____
                               U.S. ~~District Judge~~/Magistrate Judge